TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00356-CV

Pittsburgh Corning Corporation, Appellant

v.

Marion Washington, Wayne Grabener, Thomas Baxter Woods and

Henry Cooper Ward, Appellees

FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT

NO. 25,054, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING 

PER CURIAM

 Appellant, Pittsburgh Corning Corporation, and appellees, Marion Washington,
Wayne Grabener, Thomas Baxter Woods and Henry Cooper Ward, have filed a Motion to
Dismiss Appeal by Agreement in this cause. We grant the motion and dismiss this appeal. See
Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, Kidd and Patterson

Dismissed on Agreed Motion

Filed: January 21, 2000

Do Not Publish